2-5-2015    Pg 1

*To: Abel Acosta - [Clerk] of the Austin, Texas Court of Criminal Appeals :

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Hello, I am an inmate presently incarcerated in the TDCJ - Texas Department of Criminal Justice - State - Prison System, and *I am needing to ask that you will please help to send to me the [INSTRUCTIONS and Templates for Preparing a Petition of Review in the Austin, Texas Court of Criminal Appeals]; *so that I can begin to prepare it, and resubmit it to you; in order to be filed at the [Austin, Texas Court of Criminal Appeals], which is an important step in my being able to attain an appeal in my case, from the [Austin, Texas Court of Criminal Appeals]. *Mr. Acosta, I would very much appreciate your help today, or - as soon as possible - in sending me my requested information item; in the mail. *Take good care for now, and have a good New Year 2015. :¬)

* My Adress

Scott Houchins #1174963
Bill Clements Unit - Ad Seg 12 Bldg - E-21 cell
Amarillo, Texas 79107 - 9606

* Thank You,
- Scott Houchins -